**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| DAVID CHARLES DELLA MONICA, | : | **CLOSED** |
| Petitioner, | : | |
| | : | Civil Action No. 05-5272 (JBS) |
| v. | : | |
| JOHN NASH, | : | **ORDER** |
| Respondent. | : | |

For the reasons expressed in the Opinion filed herewith,

IT IS on this **15th** day of **February**, 2006,

ORDERED that the Petition is DISMISSED for lack of jurisdiction; and it is further

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion upon the parties, and shall close the file.

　　　　　　　　　　　　　　　　　　 **s/ Jerome B. Simandle**
　　　　　　　　　　　　　　　　　　 JEROME B. SIMANDLE, U.S.D.J.